STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALAIS LOUIS LEBLANC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, *et al.*, <br><br> Defendants. | C 4:22-cv-01092 DMR <br><br> **STIPULATION TO STAY PROCEEDINGS; ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until May 23, 2022. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiffs filed this mandamus action seeking adjudication of their Form I-829 Petition by Entrepreneur (hereinafter "Petition") to Remove Conditions on Permanent Resident Status. United States Citizenship and Immigration Services ("USCIS") agrees to work diligently towards completing adjudication of Plaintiffs' petition, absent unforeseen or exceptional circumstances that would require

additional time for adjudication. Regardless, if adjudication is not complete before May 23, 2022, USCIS will provide a status report to the Court.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until May 23, 2022, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.[i]

Dated: April 5, 2022      Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

  /s/ Elizabeth Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: April 5, 2022

  /s/ Paul Chen
Paul Chen
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 8, 2022

IT IS SO ORDERED
Judge Donna M. Ryu

_____
Donna M. Ryu
United States Magistrate Judge

---

[i] In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.